IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDGAR REED, III | § | |
|     TDCJ-CID #1319540 | § | |
| V. | § | C.A. NO. C-06-63 |
| | § | |
| CHARLES ROSENTHAL, ET AL. | § | |

## OPINION AND ORDER OF TRANSFER

This is a civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff is presently incarcerated at TDCJ-CID's Garza East Unit in Beeville, Texas. Plaintiff sues officials in Harris County, Texas, who prosecuted him. Harris County is located in the Houston Division of the Southern District of Texas. 28 U.S.C. § 124(b)(2).

Venue in federal question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). A district court has the authority to transfer a case in the interest of justice to another district or division in which the action might have been brought. 28 U.S.C. §§ 1404, 1406; Balawajder v. Scott, 160 F.3d 1066, 1067 (5th Cir. 1998). The alleged events giving rise to plaintiff's claim occurred in Harris County, Texas, and the defendants are located in Harris County.

Accordingly, it is ordered that the Clerk of the Court TRANSFER this action to the United States District Court for the Southern District of Texas, Houston Division.

ORDERED this 24th day of February, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE